**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRIAN BIANCO,** | ) | |
| | ) | **Case No. 22-cv-00839** |
| **Plaintiff,** | ) | |
| **v.** | ) | **Judge Gettleman** |
| | ) | |
| **P.O. RUEDA, individually, and the TOWN OF CICERO, a Municipal Corporation,** | ) | **Magistrate Judge Cummings** |
| | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees. This Court retains jurisdiction over the matter pending settlement approval by Defendant Town of Cicero.

**Dated:** Tuesday, August 1, 2023

**Respectfully submitted,**

***Counsel for Plaintiff, Brian A. Bianco***
*/s/ Vincenzo B. Caporale*
**Vincenzo B. Caporale, No. 6335651**
**Gregory E. Kulis & Associates Ltd.**
**134 N. LaSalle Street, Suite 444**
**Chicago, IL 60602**
**p. 312.580.1830 / f: (312) 580-1839**
**e. gkulis@kulislawltd.com**
**e. vcaporale@kulislawltd.com**

***Counsel for Defendants, P.O. Rueda***
***and the Town of Cicero***
*/s/ Sean M. Sullivan*
**Sean M. Sullivan, Partner**
**Del Galdo Law Group, LLC**
**1441 South Harlem Avenue**
**Berwyn, Illinois 60402**
**(708) 222-7000 ext. 256 (t)**
**(708) 222-7001 (f)**
**Sullivan@dlglawgroup.com**